UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEIDRA BONTON, ET AL.                                            CIVIL ACTION

VERSUS

JAMES MILLER, ET AL.                                             NO. 23-00092-BAJ-EWD

### REMAND ORDER

Before the Court is the **Motion to Remand (Doc. 5)**, filed by Deidra Bonton and Tyler Seaberry, III ("Plaintiffs"), individually and on behalf of their minor children C.S. and D.S. It is undisputed that this case was removed to the wrong federal district court, which is a procedural defect. (*See* Doc. 12 at p. 1; Doc. 16 at p. 3). Plaintiffs timely moved for remand based on that defect. Pursuant to U.S. Court of Appeals for the Fifth Circuit precedent,[1] the Magistrate Judge has now issued a **Report and Recommendation (Doc. 17, the "R&R")**, recommending that Plaintiffs' Motion to Remand be granted, and Defendants' Motion to Transfer Venue (Doc. 10) be denied as moot because the removal statute is strictly construed, "and any doubt about the propriety of removal must be resolved in favor of remand." *Gasch v. Hartford Acc. & Indem. Co.*, 491 F.3d 278, 281–82 (5th Cir. 2007). The deadline to object to the R&R has passed, without any objection from the Parties.

Having carefully considered the Motion and related filings, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter.

---

[1] *See, e.g., Davidson v. Georgia-Pacific, L.L.C.*, 819 F.3d 758, 765 (5th Cir. 2016) ("[A] motion to remand is a dispositive matter on which a magistrate judge should enter a recommendation to the district court subject to *de novo* review.").

12th JDC - Certified

Accordingly,

**IT IS ORDERED** that Plaintiffs' **Motion to Remand (Doc. 5)** be and is hereby **GRANTED.** This case is **REMANDED** immediately to the 12th Judicial District Court for the Parish of Avoyelles.

**IT IS FURTHER ORDERED** that Defendants' **Motion to Transfer Venue (Doc. 10)** be and is hereby **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall **TERMINATE** this matter.

Baton Rouge, Louisiana, this 10th day of August, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**